IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELGIN EFEREBO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CV406 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| PRIME THERAPEUTICS, INC., ) | |
| ) | |
| Defendant. ) | |

At the request of defense counsel, and for good cause shown,

**IT IS ORDERED:**

1. The parties are given an extension of time until and including **June 21, 2010** in which to confer and file a joint Rule 26(f) planning report. If it is not possible to submit a joint report, counsel shall submit separate reports no later than June 21, 2010.

2. Plaintiff's counsel is responsible for initiating the scheduling of the parties' Rule 26(f) planning conference.

**DATED June 4, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**